1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEANDRE L. DERRITT, | ) | Case No. ED CV 11-1092-SVW (PJW) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| SAN BERNARDINO SHERIFF'S DEPARTMENT, et al., | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Dismissing Case,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 5/29/12 .

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\DERRITT 1092\Judgment.wpd